IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRYSTEN WRIGHT, *et al.*, : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> : <br> SCALES 925 ATLANTA, LLC, *et al.*, : <br> : <br> Defendants. : | CIVIL ACTION NO. <br> 1:16-CV-02425-LMM |

## ORDER

This matter is now before the Court for consideration of the Parties' Joint Motion to Approve Settlement Agreement [107]. Having considered the motion, conducted a telephone conference on the matter and being otherwise fully advised, the motion is hereby **GRANTED**. The Settlement Agreement executed by the Parties is hereby **APPROVED**.

Furthermore, Plaintiffs' Unopposed Amended Motion to Dismiss with Prejudice Defendants Charles Hughes, The Venue, Restaurant Corp, Scales 925 Atlanta, LLC and Scales 925 Atlanta Management, LLC [104] is **GRANTED** as unopposed.

This case is hereby **DISMISSED** with prejudice, with costs and fees to be paid pursuant to the terms of the Settlement Agreement.

**IT IS SO ORDERED** this 15th day of June, 2018.

_____
**Leigh Martin May**
**United States District Judge**